UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO NAVARRO,<br><br>      Petitioner,<br><br>  v.<br><br>JEFFREY UTTECHT,<br><br>      Respondent. | Case No. C18-1479-JCC-MAT<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |

This is a federal habeas action filed pursuant to 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for appointment of counsel. The Court, having reviewed petitioner's motion, and the balance of the record, hereby finds and ORDERS as follows:

(1) Petitioner's motion for appointment of counsel (Dkt. 7) is DENIED. There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and, Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts. However, the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require."

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 1

18 U.S.C. § 3006A.

The record is not yet sufficiently developed for the Court to determine whether an evidentiary hearing will be required, and petitioner has not demonstrated that the interests of justice are best served by appointment of counsel at this time. Counsel will be appointed, as required, should the Court later determine that an evidentiary hearing is necessary.

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 26th day of November, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 2