UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO NAVARRO, | CASE NO. C18-1479-JCC |
| Plaintiff, | ORDER |
| v. | |
| JEFFREY A. UTTECHT, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation (Dkt. No. 19) issued by the Honorable Mary Alice Theiler, United States Magistrate Judge. Having reviewed Judge Theiler's report and recommendation and the relevant record, the Court hereby FINDS and ORDERS:

(1) The Report and Recommendation (Dkt. No. 19) is ADOPTED and APPROVED;

(2) Petitioner's motion for preliminary injunction (Dkt. No. 8) and his motion to prevent public notification of his release (Dkt. No. 13) are DENIED; and

(3) The Clerk is DIRECTED to send copies of this order to Petitioner, to counsel for Respondent, and to the Honorable Mary Alice Theiler.

//

//

//

1       DATED this 22nd day of January 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE