UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO NAVARRO,<br><br>                  Petitioner,<br><br>    v.<br><br>JEFFREY UTTECHT,<br><br>                  Respondent. | Case No. C18-1479-JCC-MAT<br><br>ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on respondent's third motion for an extension of time to file an answer to petitioner's petition for writ of habeas corpus. Petitioner has not opposed the motion. The Court, having reviewed respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's third motion for an extension of time to file his answer to petitioner's federal habeas petition (Dkt. 29) is GRANTED. Respondent is directed to file his answer no later than ***March 29, 2019***.

/ / /

/ / /

ORDER GRANTING RESPONDENT'S
THIRD MOTION FOR EXTENSION
OF TIME - 1

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 7th day of March, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
THIRD MOTION FOR EXTENSION
OF TIME - 2