UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PEDRO NAVARRO,

                Petitioner,

v.

JEFFREY A. UTTECHT,

                Respondent.

Case No. C18-1479-JCC-MAT

ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. (*See* Dkts. 35, 36.) Respondent has filed a response indicating that he does not object to the requested extension. (Dkt. 37.) The Court, having considered petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's unopposed motion for an extension of time (Dkt. 35) is GRANTED. Petitioner is directed to file and serve his response to respondent's answer not later than ***Monday, July 1, 2019***.

(2) Respondent's answer (Dkt. 32) is RE-NOTED on the Court's calendar for consideration on ***July 5, 2019***. Respondent shall file any reply brief in support of his answer by

ORDER GRANTING PETITIONER'S
MOTION FOR AN EXTENSION OF
TIME TO FILE A RESPONSE - 1

that date.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 22nd day of April, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR AN EXTENSION OF
TIME TO FILE A RESPONSE - 2