1

2

3

4

5

6 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE

8 PEDRO NAVARRO,

9                                    Petitioner,        Case No. C18-1479-JCC-MAT

10        v.

11 JEFFREY A. UTTECHT,                                   ORDER DIRECTING RESPONDENT
                                                         TO SUPPLEMENT RECORD

12                                    Respondent.

13

14        This is a federal habeas action brought under 28 U.S.C. § 2254.  Petitioner's federal habeas

15 petition is currently ripe for consideration.  However, a review of the record reveals that the

16 transcripts of petitioner's trial are not a part of the state court record previously submitted by

17 respondent. (*See* Dkt. 33.)  The Court requires these transcripts before it can proceed to resolution

18 of petitioner's federal habeas claims.  Accordingly, the Court hereby ORDERS as follows:

19        (1)      Respondent shall submit, not later than ***December 6, 2019***, the verbatim report of

20 proceedings from petitioner's state trial. Respondent's answer to petitioner's federal habeas

21 petition (Dkt. 32) is RE-NOTED on the Court's calendar for consideration on that date.

22 Respondent is reminded that in addition to submitting the transcripts in electronic form, he must

23 also send a hard copy of the transcripts to the chambers of the undersigned Magistrate Judge.

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT RECORD - 1

1    (2)    The Clerk shall send copies of this Order to petitioner, to counsel for respondent,

2  and to the Honorable John C. Coughenour.

3    DATED this <u>1st</u> day of November, 2019.

4

5    _____

Mary Alice Theiler

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT RECORD - 2