THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO NAVARRO, | CASE NO. C18-1479-JCC |
| Petitioner, | ORDER |
| v. | |
| JEFFERY UTTECHT, | |
| Respondent. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, U.S. Magistrate Judge. (Dkt. No. 43.) Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 43) is ADOPTED;
2. Petitioner's habeas petition (Dkt. No. 6) is DENIED, and this action is DISMISSED with prejudice;
3. In accordance with Rule 11 of the Rules Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED;
4. The Clerk is DIRECTED to send a copy of this order to the parties and to Judge Theiler.

//
//
//

1 | DATED this 8th day of April 2020.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE